JORDAN & COMER, plaintiffs in error, *vs.* AARON H. WEST, defendant in error.

1. The refusal of written requests to charge, is not cause for new trial, where the charge given was reasonably full and substantially correct, and where the verdict is clearly warranted by the evidence.
2. The case turned chiefly on the facts, and the verdict is satisfactory to this court, as it was to the court below.

BLECKLEY, Judge.

---

AUGUSTUS R. WRIGHT *et al.*, plaintiffs in error, *vs.* G. W. NAGLE *et al.*, defendants in error.

There was no error in the refusal of the court to grant the injunction. This case is controlled by that of *Wright et al. vs. Nagle et al.*, 48 *Ga. R.*, 367.

WARNER, Chief Justice.